AO 455(Rev 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| HARRY LEROY LYONS | CASE NUMBER: 08 cr 948 L |

I, HARRY LEROY LYONS, the above named defendant, who is accused of committing the following offense:

Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/27/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X *Harry Lyons*
Defendant

*signature*
Counsel for Defendant

Before *signature*
Judicial Officer


FILED
MAR 27 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY