1  **MARTHA M. HALL**
   California State Bar Number 138012
2  DiIORIO & HALL, APC
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473
   e-mail: Martha_DiIorioHall@yahoo.com
5
   Attorneys for Defendant **Lyons**
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                       **(HON. JAMES M. LORENZ)**
10

11
   **UNITED STATES OF AMERICA,**           )    Criminal No. **08-CR-0948-L**
12                                          )
         Plaintiff,                         )
13                                          )
   v.                                       )
14                                          )    **JOINT MOTION TO CONTINUE**
   **HARRY LEROY LYONS**,                   )    **SENTENCING HEARING**
15                                          )
                                            )
16       Defendant.                         )
                                            )
17  _____

18
        IT IS HEREBY REQUESTED by the parties in the case, defendant Harry Leroy
19
   Lyons, through his counsel, MARTHA M. HALL, and the United States Attorney's Office,
20
   by and through Assistant United States Attorney SABRINA FEVE, that the sentencing
21
   hearing in the above entitled case, scheduled for Monday July 7, 2008, at 8:30 a.m., be
22
   continued to Monday July 14, 2008 at 8:30 a.m.
23
        The undersigned Counsel, Matha M. Hall, called the court's courtroom deputy to
24
   obtain the new sentencing hearing date and that date is agreeable to all parties.  A proposed
25
   order with respect to this joint motion is being submitted directly to the court via
26
   efile_Lorenz@casd.uscourts.gov.
27

28

1
2
3
4   Date: 7/2/2008                    s/Sabrina Feve
                                      **SABRINA FEVE**
5                                     Assistant United States Attorney
6
7   Date: 7/2/2008                    s/Martha Hall
                                      **MARTHA M. HALL**
8                                     Attorney for Harry Lyons
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28