1  **MARTHA M. HALL**
   California Bar No. 138012
2  DIIORIO & HALL, APC
   964 Fifth Avenue, Suite 214
3  San Diego, California 92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473
   e-mail: Martha_DiIorioHall@yahoo.com
5
   Attorneys for Defendant **Harry Lyons**
6

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                       (HON. JAMES M. LORENZ)

| UNITED STATES OF AMERICA, | ) | Criminal No. **08-CR-0948-L** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| **HARRY LEROY LYONS**, | ) | **JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

   I, MARTHA M. HALL, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Ave. Ste 214, San Diego, California 92101.

   I am not a party to the above-entitled action. I have caused service of defendant's Joint Motion to Continue Sentencing Hearing on the following party by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

   Judge James M. Lorenz efile_Lorenz@casd.uscourts.gov.

   Assistant United States Attorney Sabrina.Feve@usdoj.gov

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2008

                          S/Martha M. Hall
                          MARTHA M. HALL