UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JAMES M. LORENZ)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>**HARRY LEROY LYONS**, )<br>)<br>  Defendant. )<br>_____ ) | Criminal No. **08-CR-0948-L**<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the sentencing hearing in the above entitled case, currently scheduled for July 7, 2008, at 8:30 a.m., be continued until July 14, 2008 at 8:30 a.m., before this court.

**IT IS SO ORDERED.**

DATED: July 3, 2008

_____
M. James Lorenz
United States District Court Judge